**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WILLIAM NELSON,<br><br>        Plaintiff,<br><br>v.<br><br>Karen D. Moore,<br>Snohomish County Superior Court,<br>Snohomish County,<br>        Defendants. | NO. 2:24-cv-00856-JHC<br><br>**COMPLAINT FOR VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA)**<br><br>**JURY TRIAL DEMANDED** |

**I. INTRODUCTION**

1. This is a civil action for declaratory, injunctive, and monetary relief for violations of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the United States Constitution.

COMPLAINT - 1

WILLIAM NELSON
1523 132ND ST ST, SUITE C
EVERETT, WA 98208
♦
(425) 800-8800
FAX (425) 645-9229

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 42 U.S.C. § 12188(a) (enforcement of the ADA).

3. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this action occurred within this district.

## III. PARTIES

4. Plaintiff William Nelson is a resident of [City], Washington, and a qualified individual with a disability as defined by the ADA.

5. Defendant Karen D. Moore is a judge of the Snohomish County Superior Court and is sued in her individual capacity for actions taken outside her judicial capacity.

6. Defendant Snohomish County Superior Court is a court of general jurisdiction located in Snohomish County, Washington.

WILLIAM NELSON
1523 132${}^{ND}$ ST ST, SUITE C
EVERETT, WA 98208
♦
(425) 800-8800
FAX (425) 645-9229

7. Defendant Snohomish County is a political subdivision of the State of Washington.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff William Nelson has a disability that substantially limits one or more major life activities, including but not limited to representing himself in legal matters and understanding court proceedings.

9. Plaintiff's medical providers have provided letters stating that Plaintiff needs the appointment of counsel and is unable to represent himself or understand court proceedings without assistance.

10. Defendants were made aware of Plaintiff's disability and the medical providers' recommendations.

11. Despite this, Defendant Karen D. Moore and the Snohomish County Superior Court refused to accommodate Plaintiff's disability by denying his request for the appointment of counsel.

WILLIAM NELSON
1523 132ND ST ST, SUITE C
EVERETT, WA 98208
♦
(425) 800-8800
FAX (425) 645-9229

12. Defendant Karen D. Moore's actions were procedural in nature and did not constitute a ruling on the merits of Plaintiff's cases filed in Snohomish County Superior Court, thus she is not protected under judicial immunity.

13. The ADA department of the Snohomish County Superior Court refused to assist Plaintiff in scheduling time in court to be heard by a judge, claiming that scheduling a calendar hearing to have oral arguments in court is "legal advice" and not procedural.

14. Defendants' actions and refusals to accommodate Plaintiff's disability prevented him from effectively participating in court proceedings, thereby violating his rights under the ADA and the United States Constitution.

## V. CLAIMS FOR RELIEF

**Count I: Violation of the Americans with Disabilities Act (ADA)**

15. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

WILLIAM NELSON
1523 132ND ST ST, SUITE C
EVERETT, WA 98208
♦
(425) 800-8800
FAX (425) 645-9229

16. Defendants' actions constitute discrimination against Plaintiff on the basis of his disability in violation of the ADA.

17. As a direct and proximate result of Defendants' violations of the ADA, Plaintiff has suffered, and continues to suffer, damages including but not limited to emotional distress, pain and suffering, and other damages to be proven at trial.

**Count II: Violation of the United States Constitution**

18. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

19. Defendants' actions and refusals to accommodate Plaintiff's disability deprived him of his rights under the Due Process and Equal Protection Clauses of the United States Constitution.

### VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff William Nelson respectfully requests that this Court:

COMPLAINT - 5

A. Declare that Defendants' actions violated the ADA and the United States Constitution;

B. Enjoin Defendants from continuing their discriminatory practices and order them to provide reasonable accommodations to Plaintiff;

C. Award Plaintiff compensatory damages in an amount to be determined at trial;

D. Award Plaintiff his reasonable attorneys' fees and costs incurred in bringing this action;

E. Grant such other and further relief as the Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Presented by:

WILLIAM NELSON

_____
WILLIAM NELSON
Pro Se for Plaintiff

COMPLAINT - 6