UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM NELSON,<br><br>Plaintiff,<br><br>v.<br><br>KAREN D MOORE,<br><br>Defendant. | CASE NO. 2:24-cv-00856-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.

Parties filing actions in the United States District Court must pay filing fees. 28 U.S.C. § 1914(a). *See* LCR 3(b) (explaining that a "party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings [IFP]"). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Failure to pay the filing fee results in dismissal without prejudice of the action. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court properly dismissed without prejudice complaint for failure to pay filing fee).

On June 13, 2024, Plaintiff filed their application for leave to proceed IFP. Dkt. # 1. On June 14, 2024, the Clerk of the Court sent Plaintiff a notice state that Plaintiff filed an incorrect

ORDER - 1

application for IFP. Dkt. # 3. The Clerk explained that Plaintiff must submit the correct IFP Application by July 15, 2024. *Id.* The Clerk warned that "[f]ailure to do so may affect the status of your case, including dismissal of the action by the Court." *Id.* To date, Plaintiff has not complied with this directive, nor paid the applicable filing fee. *See generally* Dkt.

Accordingly, this action is DISMISSED without prejudice for failure to either pay the applicable filing fee or submit an IFP application.

Dated this 18th day of July, 2024.

John H. Chun
United States District Judge

ORDER - 2